IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT
2001 OCT 25 PM 4:47
TX EASTERN - LUFKIN
BY ____

| | | |
|---|---|---|
| 1. TOMMIE WELLS, JR. and | § | |
| 2. CHERYL WELLS | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. 9:00CV142 |
| 1. NACOGDOCHES COUNTY, TEXAS and | § | JUDGE COBB |
| 2. EDWARD THORNTON | § | |
| Defendants | § | |

### PLAINTIFFS' WITNESS LIST

**Witnesses Who Will Testify**

Tommie Wells, Jr. and Cheryl Wells
Rt. 10, Box 5198
Nacogdoches, Texas 75961
(936) 564-1505

Danny Simmons
101 Shellwood
Wake Village, Texas 75501
(903) 832-7923

John Tunnell
115 W. Shepherd Ave.
Lufkin, Texas
(936) 639-3311

Michelle Ford
170 Chase Street, Lot 19
Garrison, Texas 75946

Grady Wiggins
170 Chase St., Lot 3
Garrison, Texas 75946

Dewayne Brooks
160 Chase St., Lot 20
Garrison, Texas 75946

Micheal Porter
120 Chase St., Lot 24
Garrison, Texas 75946



**Witnesses Who May Testify**

Ed Thornton, Administrator
Nacogdoches Health and Environment Services
Nacogdoches County Courthouse
101 W. Main, Suite 112
Nacogdoches, Texas 75961

Benny Sarrano, Health Inspector
Nacogdoches Health and Environment Services
Nacogdoches County Courthouse
101 W. Main, Suite 112
Nacogdoches, Texas 75961

Jack Ford
170 Chase Street, Lot 19
Garrison, Texas 75946

                                      Respectfully Submitted,

                                      Curtis B. Stuckey
                                      Attorney in Charge for Plaintiffs
                                      Bar Card No. 19437300

                                      Stuckey, Garrigan & Castetter Law Offices
                                      2803 C North Street
                                      P.O. Box 631902
                                      Nacogdoches, Texas 75963-1902
                                      (936) 560-6020 FAX: 560-9578

## CERTIFICATE OF SERVICE

    I hereby certify that I have served all counsel of record in this case including the following with a true and correct copy of the foregoing Plaintiffs' Witness List by sending same via United States regular mail, postage prepaid to:

    Robert S. Davis
    Flowers, Davis, Fraser,
    Derryberry & Van Cleef, L.L.P.
    815 Rice Road
    Tyler, Texas 75703

on the 24 day of October, 2001.

                                        Curtis B. Stuckey