IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT
2001 NOV 14 AM 11: 02
TX EASTERN - LUFKIN
BY_____

| | |
|---|---|
| TOMMIE WELLS, JR. and<br>CHERYL WELLS | §<br>§<br>§ |
| V. | § CIVIL ACTION NO. 9:00CV142<br>§ JUDGE: HOWELL COBB |
| NACOGDOCHES COUNTY, TEXAS and<br>EDWARD THORNTON | §<br>§<br>§ |

## DEFENDANTS' NOTICE OF FOURTH SUPPLEMENTAL DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, County of Nacogdoches County, Texas, and Edward Thornton and file this their Notice of Fourth Supplemental Disclosure, having served upon opposing counsel of record Defendants' Fourth Supplemental Disclosure pursuant to the provisions of Fed. R. Civ. P. 5. This notice is provided pursuant to Local Rule CV-26 of the United States District Court for the Eastern District of Texas.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
**CHRISTI J. KENNEDY**
State Bar No. 00787772

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing instrument was served upon Curtis B. Stuckey of Stuckey, Garrigan & Castetter, 2803 North Street, P. O. Box 63190, Nacogdoches, Texas 75963-1902, counsel of record for Plaintiffs in the above entitled and numbered cause this the 13th day of November, 2001, in the following manner:

___ Via Facsimile

___ Via Certified Mail, Return Receipt Requested _____

___ Via First Class Mail

___ Via Federal Express

___ Via Hand Delivery

_____
CHRISTI J. KENNEDY