IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TOMMIE WELLS, JR. and<br>CHERYL WELLS | § § § | |
| V. | § § | CIVIL ACTION NO. 9:00CV142 |
| NACOGDOCHES COUNTY, TEXAS and<br>EDWARD THORNTON | § § § | |

### DEFENDANTS' FIRST SUPPLEMENTAL WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Docket Control Order entered by this Court, Defendants Nacogdoches County, Texas and Edward Thornton hereby identify the following witnesses for the trial of this case:

Pam Marshall
16377 C.R. 4256 South
Henderson, TX 75654

Scott & Jenny Raine
Rt. 4, Box 1074
Colmesneil, TX 75938

Jeremy Byres
165 Clayswell Rd.
Garrison, TX 75946

John Guadarrna
110 Claywells Rd.
Garrison, TX 75946

Lisa Miller
115 Claywells Rd.
Garrison, TX 75946

DEFENDANTS' WITNESS LIST – Page 1

33

Tyson Grier
160 Claywells Rd.
Garrison, TX 75946

Mike & Philyis _____
130 Chase St.
Garrison, TX 75946

Courtney Hodge
180 Claywells Rd.
Garrison, TX 75946

Jill Hanie
180 Cheryl St.
Garrison, TX 75946

Cicily Cross
125 Cheryl St.
Garrison, TX 75946

Lloyd Gilispie
P.O. Box 631107
Nacogdoches, TX 75961 – part owner of property

Kevin Dillion
7225 North St.
Nacogdoches, TX 75961 – Installer

Keith Socia
63 Ponderosa
Nacogdoches, TX 75961 – Installer

Vonnie Able
105 Cheryl St.
Garrison, TX 75946

Jessie D. Anderson
185 Cheryl Street
Garrison, Texas 75946

Raymond Crain
P.O. Box 634281
Nacogdoches, TX 75961

Melissa Dixon
235 Stone Creek Dr.
Nacogdoches, TX 75961-9123

Paul Kelly
422 East Main, PMB-186
Nacogdoches, TX 75961

Melanie Lyles
612 Mockingbird Lane
Nacogdoches, Texas 75961

Sam Nayfa
175 Cheryl St.
Garrison, TX 75946

Connie English
125 Cheryl St.
Garrison, TX 75946

James & Tamra Thornson
155 Chase Street, Lot 28
Garrison, Texas 75946
(939) 559-0407

Lance & Christine Feaster
(Address unknown)

Edward Thornton
Nacogdoches County Health and Environmental Services
Nacogdoches County Courthouse
101 W. Main, Suite 112
Nacogdoches, Texas 75961
(936) 560-7704

Bennie Serrano
Nacogdoches Health and Environment Services
Nacogdoches County Courthouse
101 W. Main, Suite 112
Nacogdoches, Texas 75961
(936) 560-7704

Brian H. Davis, Jr.
County Attorney
Nacogdoches County Courthouse
101 West Main Street, Room 218
Nacogdoches, Texas 75961

Tommie Wells, Jr.
Cheryl Wells
Route 10, Box 5198
Nacogdoches, Texas 75961
(936) 564-1505

John Tunnell
115 W. Shepherd Ave.
Lufkin, Texas
(936) 639-3311

Jack and Michelle Ford
170 Chase Street, Lot 19
Garrison, Texas 75946
(936) 560-4833

Melissa & Mark Dixon
165A Chase Street, Lot 27
Garrison, Texas 75946
(936) 560-4716

Kevin Dillon
7020 Old North Church Road.
Nacogdoches, Texas 75961
(936) 560-1391

Jerry Froidle, Senior Environmental Consultant Managing Partner
Chris A. Shineldecker, Senior Environmental Consultant Managing Partner
Avia Environmental Services and Equipment
P.O. Box 10120
Longview, Texas 75608
(903) 297-6600

J. Eric Pike, Program Specialist
Texas Department of Housing and Community Affairs
P.O. Box 13941
507 Sabine, Suite 700
Austin, Texas 78711-3941
(512) 475-3628

**DEFENDANTS' WITNESS LIST – Page 4**

Grady Wiggins
170 Chase Street, Lot 3
Garrison, Texas 75946
(936) 559-1699

Luther Frazer
160A Cheryl St., Lot 4A
Garrison, Texas 75946
(936) 560-5992

Keith Rogers
160B Cheryl St., Lot 4B
Garrison, Texas 75946
(936) 715-9614

Karen Ross
150 Cheryl St., Lot 5
Garrison, Texas 75946

Lloyd Plunkett
130 Cheryl St., Lot 6
Garrison, Texas 75946
(936) 564-7404

Bonnie Daniels
120 Cheryl St., Lot 8
Garrison, Texas 75946

Alfredia Williams
110 Cheryl St., Lot 9
Garrison, Texas 75946
(936) 462-7068

Lance Feaster
185 Cheryl St., Lot 10
Garrison, Texas 75946
(936) 552-7955

Cicily Cross
125 Cheryl St., Lot 16
Garrison, Texas 75946
(936) 560-3243

Dewayne Brooks
160 Chase St., Lot 20
Garrison, Texas 75946

Mike Larson
165B Chase Street
Garrison, Texas 75946

Aron Larson
175 Chase Street
Garrison, Texas 75946

Billy Pinkerton
130 Chase St., Lot 23
Garrison, Texas 75946
(936) 569-8475

Michael Porter
120 Chase St., Lot 24
Garrison, Texas 75946
(936) 568-0077

Connie English
125 Chase St., Lot 30
Garrison, Texas 75946
(936) 552-7225

Shane Andrews
115 Chase St., Lot 31
Garrison, Texas 75946

Chrisie Griffith
150 Clay Wells St., Lot 34
Garrison, Texas 75946
No telephone

Tyson Grier
117 Clay Wells St., Lot 35
Garrison, Texas 75946
(936) 559-7054

Courtney Hodge
125 Clay Wells St., Lot 37
Garrison, Texas 75946
(936) 564-4826

DEFENDANTS' WITNESS LIST – Page 6

Vance Vickers
124 George Chandler St., Lot 44
Garrison, Texas 75946

James Dill
135 George Chandler St., Lot 45
Garrison, Texas 75946
(936) 715-0052

Wayne Hartman
190 Cheryl St. Lot 1
Garrison, Texas 75946
(936) 552-7820

Jill Haney
180ACheryl St., Lot 2A
Garrison, Texas 75946
(936) 569-2616

Scott and Jenny Rainey
180B Cheryl St., Lot 2B
Garrison, Texas 75946

Keith Birdwell
155 Cheryl St., Lot 13
Garrison, Texas 75946

Donna Davis
190 Cheryl St., Lot 11
Garrison, Texas 75946

Louie Marshall
110 Cheryl St., Lot 15
Garrison, Texas 75946

Raymond Crain
115 Cheryl St., Lot 17
Garrison, Texas 75946
work: (936) 569-9422

Marion Stephens
135 Chase St., Lot 29
Garrison, Texas 75946
(936) 564-8004

**DEFENDANTS' WITNESS LIST – Page 7**

Danny Simmons
101 Shellwood
Wake Village, Texas 75501

Tommie Hinton, Deputy Constable
Nacogdoches County Sheriff's Department
2306 Douglass Hwy.
Nacogdoches, Texas 75961
(936) 560-7790

Steven & Elizabeth Campbell
(address unknown)

Heather Ross, Investigator
Texas Natural Resource Conservation Commission
3870 Eastex Freeway
Beaumont, Texas 77703
(409) 898-3838

Sue Kennedy, Nacogdoches County Judge
Alvin Stanaland, County Commissioner
Jimmy Daniels, County Commissioner
Nacogdoches County Courthouse
Nacogdoches, Texas 75961
(936) 560-7755

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

*/s/ Christi Kennedy*
**ROBERT S. DAVIS**
State Bar No. 05544200
**CHRISTI J. KENNEDY**
State Bar No. 00787772

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon Curtis B. Stuckey of Stuckey, Garrigan & Castetter, 2803 North Street, P. O. Box 63190, Nacogdoches, Texas 75963-1902, counsel of record for Plaintiff in the above entitled and numbered cause this the 15th day of November, 2001, in the following manner:

___ Via Facsimile

___ Via Certified Mail, Return Receipt Requested _____

___ Via First Class Mail

___ Via Federal Express

___ Via Hand Delivery

_____
CHRISTI J. KENNEDY