IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TOMMIE WELLS, JR. and CHERYL WELLS | § § § |
| V. | §  CIVIL ACTION NO. 9:00CV142 |
| | §  JUDGE: HOWELL COBB |
| NACOGDOCHES COUNTY, TEXAS and EDWARD THORNTON | § § § |

## DEFENDANTS' FIRST AMENDED DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Defendants Nacogdoches County and Edward Thornton, and file this their Designation of Expert Witnesses:

**I.**

### EXPERT DESIGNATIONS

1.   Mr. Bennie Serrano
     Nacogdoches Health and Environmental Services
     Nacogdoches County Courthouse
     101 West Main, Suite 112
     Nacogdoches, Texas 75961

Mr. Serrano is a mixed fact and expert witness. The factual basis for his knowledge has previously been disclosed. His report and other required disclosures have been provided to Plaintiffs counsel.

Defendants reserve the right to call any experts listed by the other parties to this lawsuit. Defendants also reserve the right to supplement as allowed by this honorable Court.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile


_____
**ROBERT S. DAVIS**
State Bar No. 05544200
**CHRISTI J. KENNEDY**
State Bar No. 00787772

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon Curtis B. Stuckey of Stuckey, Garrigan & Castetter, 2803 North Street, P. O. Box 63190, Nacogdoches, Texas 75963-1902, counsel of record for Plaintiff in the above entitled and numbered cause this the 19th day of November, 2001, in the following manner:

✓ Via Facsimile

✓ Via Certified Mail, Return Receipt Requested _____

___ Via First Class Mail

___ Via Federal Express

___ Via Hand Delivery

_____
CHRISTI J. KENNEDY